JUDGE BATTS

08 CV 4968

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
MAY 29 2008
U.S.D.C. S.D. N.Y.
CASHIERS

---

TRANS POWER CO. LTD.,

          Plaintiff,

v.

FREMERY SHIPPING LIMITED BVI and FREMERY SHIPPING (HONG KONG) LIMITED,

          Defendants.

08 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**

---

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
      May 29, 2008

                              Respectfully submitted,
                              BLANK ROME LLP
                              Attorneys for Plaintiff

                              By /s/ Jeremy Harwood
                                 Jeremy J.O. Harwood (JH 9012)
                              405 Lexington Avenue
                              New York, NY 10174
                              Tel.: (212) 885-5000

294478.1
900200.00001/6642104v.1